Decided July 12, 2005

GARY MARTINO *v.* COMMISSIONER OF CORRECTION

The petitioner Gary Martino's petition for certification for appeal from the Appellate Court, 88 Conn. App. 902 (AC 25205), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Salvatore C. Adamo*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, in opposition.

Decided July 12, 2005